No. 97–551. BARGE ET UX. *v.* ST. PAUL FIRE & MARINE INSURANCE CO. Ct. App. Ga. Certiorari denied.

No. 97–553. HALL *v.* ATLANTA PUBLIC SCHOOL SYSTEM. C. A. 11th Cir. Certiorari denied.

No. 97–554. TUCKER *v.* OUTWATER. C. A. 2d Cir. Certiorari denied.

No. 97–556. SUNDSTRAND CORP. *v.* BLACKBURN ET UX. C. A. 7th Cir. Certiorari denied.

No. 97–560. RIDDER *v.* CITY OF SPRINGFIELD ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–561. SPAIN ET AL. *v.* HASEOTES ET AL. C. A. 1st Cir. Certiorari denied.

No. 97–562. BILLIOT ET UX. *v.* LOUISIANA IN THE INTEREST OF BILLIOT ET AL. 32d Jud. Dist. Ct. La., Terrebonne Parish. Certiorari denied.

No. 97–563. FORMAN ET AL. *v.* CITY OF RICHMOND ET AL. C. A. 7th Cir. Certiorari denied.

No. 97–565. MEDINA ET AL. *v.* MILLER, AGENT, CALIFORNIA DEPARTMENT OF JUSTICE, BUREAU OF NARCOTICS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–566. RUBINSTEIN *v.* RAMAPO COLLEGE ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 97–572. CYR ET AL. *v.* CITY OF DALLAS ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–574. TINSLEY *v.* TRW INC. ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–578. TORRES *v.* PISANO ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–588. HARRIS *v.* NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 97–592. CAMOSCIO *v.* QUIROGA ET AL. App. Ct. Mass. Certiorari denied.